FILED
2007 NOV 16 AM 11: 36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAN SUP SHIN | No. C 07-05605 JCS |
| Plaintiff(s), | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| v. | AND |
| COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ET AL. | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/12/07            Signature _____

Counsel for Pro Se
(Plaintiff, Defendant, or indicate "pro se")