IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIN,

    Plaintiff,

  v.

COUNTY OF ALAMEDA,

    Defendant.
_____/

No. C7-5605 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for February 19, 2008, is continued to **March 11, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 2/6/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHIN et al,

    Plaintiff,

v.

COUNTY OF ALAMEDA et al,

    Defendant.

Case Number: CV07-05605 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Han Sup Shin
35030 Begonia Street
Union City, CA 94587-5340

Dated: February 6, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2