HAN SUP SHIN
35030 Begonia Street
Union City, CA 94587-5340
Telephone:    (510) 471-3657
Facsimile:    (510) 471-4900
E-mail:    HShin@ugcglobal.com

Plaintiff

FILED

MAY 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAN SUP SHIN<br>  Plaintiff,<br>vs.<br>COUNTY OF ALAMEDA,<br>ALAMEDA COUNTY SHERIFF'S OFFICE,<br>ALAMEDA COUNTY DISTRICT<br>ATTORNEY'S OFFICE,<br>DEPUTY DISTRICT ATTORNEY COLTON C.<br>CARMINE, CAPTAIN BURT A. WIKINSIN,<br>and DOES 1 – 50.<br>  Defendants. | CASE NO. CV07-5605 CW<br>[Hon. Claudia Wilken]<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL OF ACTION<br>[F.R.C.P. 41(a)(1)] |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: May 17, 2008

/s/ HAN SUP SHIN
By: _____
HAN SUP SHIN
Plaintiff

CV07-5605 CW          NOTICE OF VOLUNTARY DISMISSAL OF ACTION

## PROOF OF SERVICE

The undersigned hereby certifies that he is a person[1] of such age and discretion to be competent to serve papers. The undersigned further certifies that he is causing a copy of the following:

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**
for <u>HAN SUP SHIN vs. COUNTY OF ALAMEDA et al.</u> (**CASE NO. CV07-5605 CW**)

To be served this date upon the party(ies) indicated below at the address(es) shown:

County of Alameda
c/o Clerk, Board of Supervisors Office,
Administration Building
1221 Oak Street, Room 536
Oakland, CA 94612

Alameda County Sheriff's Office
c/o Sheriff Gregory J. Ahern
1401 Lakeside Drive, 12th Floor
Oakland, CA 94612

Alameda County District Attorney's Office
c/o Thomas J. Orloff, District Attorney
1225 Fallon Street, Room 900
Oakland, CA 94612

Captain Burt A. Wilkinson
SANTA RITA JAIL
5325 Broder Boulevard
Dublin, CA 94568

Colton C. Carmine, Deputy District Attorney
Fremont Courthouse
39439 Paseo Padre Parkway
Fremont, CA 94538

X     **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the post office located at 37010 Dusterberry Way, Fremont, CA 94536-9998.

_____     **BY CERTIFIED MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the post office located at 37010 Dusterberry Way, Fremont, CA 94536-9998.

_____     **BY PERSONAL SERVICE (BY MESSANGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 17, 2008 at Union City, California.

_Michael Shin_
MICHAEL SHIN

1. Address of the server: 35030 Begonia Street, Union City, California 94587.